IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | 1:06-CV- 00108 AWI SMS P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| G. TRACY, et al., | |
| Defendants. / | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement.  However, the section of plaintiff's application to proceed in forma pauperis entitled "Certificate" was not filled out and was not signed by a prison official.  Plaintiff will be provided the opportunity to submit a new, completed application to proceed in forma pauperis, **or** pay the $250.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis or in the alternative pay the $250.00 filing fee. Plaintiff is not required to re-submit a certified copy of his prison trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **April 10, 2006**              /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE