# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING,<br><br>                    Plaintiff,<br><br>     v.<br><br>G. TRACY, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:06-CV-00108 AWI SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Lent N. King ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 1, 2006. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it a states a cognizable claim for relief under section 1983 against defendant Gomez for use of excessive physical force, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    C/O A. B. GOMEZ

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's Eighth Amendment medical care claims, due process claims, "Personal Injury" claim, and "Cruel and Unusual Punishment" claim be dismissed from this action for failure to state any claims upon which relief may be granted under section 1983, and defendants Tracy, Trujillo, Chavira, Portillo, Raya, Soto, Auran, Cruz, Leos, Prince, and Maciel be dismissed based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

1

2.     The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 1, 2006.

3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Two (2) copies of the endorsed complaint filed February 1, 2006.

4.     Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **November 6, 2006**           **/s/ Sandra M. Snyder**
icido3                                     UNITED STATES MAGISTRATE JUDGE