UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | 1:06-cv-00108-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS** (Docs. 1 and 8) |
| vs. | |
| G. TRACY, et al., | |
| Defendants. | |

Plaintiff Lent N. King ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 7, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed November 7, 2006, is ADOPTED IN FULL;

   2.   This action shall proceed on plaintiff's complaint, filed February 1, 2006, against defendant Gomez for use of excessive force, in violation of the Eighth Amendment;

   3.   Plaintiff's Eighth Amendment medical care claims are DISMISSED for failure to state a claim upon which relief may be granted under section 1983;

   4.   Plaintiff's due process claims are DISMISSED for failure to state a claim upon which relief may be granted under section 1983;

   5.   Plaintiff's "Personal Injury" and "Cruel and Unusual Punishment" claims are DISMISSED for failure to state a claim upon which relief may be granted under section 1983; and,

   6.   Defendants Tracy, Trujillo, Chavira, Portillo, Raya, Soto, Auran, Cruz, Leos, Prince, and Maciel are DISMISSED based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

IT IS SO ORDERED.

**Dated:    January 11, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE