# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | CASE NO. 1:06-cv-00108-AWI-SMS PC |
|             Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS |
|    v. | |
| G. TRACY, et al., | (Doc. 21) |
|             Defendants. | |
| _____/ | |

On March 5, 2007, defendant filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to defendant's motion. Local Rule 78-230(m).

Accordingly, plaintiff shall file an opposition or a statement of non-opposition to defendant's motion within **thirty (30) days** from the date of service of this order, and if plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **April 17, 2007**            _____**/s/ Sandra M. Snyder**_____
                                    UNITED STATES MAGISTRATE JUDGE

1